UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 22-1001 |
| v. | : | CRIMINAL ACTION |
| Ahmad Shahi | : | ORDER OF RELEASE |

The Court orders the defendant, __Ahmad Shahi__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Comply with the conditions of the Pretrial Diversion Agreement, effective 1/5/2022.

_____  
DEFENDANT

1-11-22  
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____  
Matthew J. Skahill  
U.S. MAGISTRATE JUDGE

January 13, 2022  
DATE